WATSON v. DIXON

No. 103A99

Case below: 130 N.C.App. 47

Motion by defendants (Duke University and Dixon) for temporary stay allowed 8 March 1999.

## PETITIONS TO REHEAR

FRYE REG'L MED. CTR. v. HUNT

No. 613PA97

Case below: 350 N.C. 39

Petition by plaintiff to rehear pursuant to Rule 31 denied 8 April 1999.

NEAL v. CAROLINA MGMT.

No. 310A98

Case below: 350 N.C. 63
            130 N.C. App. 228

Petition by plaintiff to rehear pursuant to Rule 31 denied 8 April 1999.